UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TESSERON, LTD., | ) | CASE NO. 1:06CV2909 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | SUPPLEMENTAL ORDER |
| | ) | |
| R.R. DONNELLEY & SONS CO., | ) | |
| | ) | |
| Defendant. | ) | |

CHRISTOPHER A. BOYKO, J.:

On August 11, 2008, this Court entered an Order (ECF DKT #147) governing the *Markman* Hearing scheduled for August 20, 2008.

The Court, *sua sponte*, makes the following amendments to that Order:

I. The Complaint before Judge Kathleen O'Malley is properly numbered, Case No. 1:07CV2947, not 1:07CV2974.

II. For purposes of its Order, this Court will only entertain a total of fifteen disputed patent claim terms.

IT IS SO ORDERED.

DATE: 8/11/08

*/s/ Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge