UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TESSERON, LTD.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:06-CV-02909 |
| ) | |
| vs. ) | Judge Christopher A. Boyko |
| ) | |
| **R.R. DONNELLEY & SONS COMPANY** ) | |
| ) | |
| Defendant. ) | |

## MODIFICATION OF PROTECTIVE ORDER

Tesseron, Ltd. ("Tesseron") and R.R. Donnelley & Sons Company ("R.R. Donnelley") hereby agree to replace Paragraph 17 of the Stipulated Protective Order, ECF Doc. 54, with the following language. All other provisions of the Stipulated Protective Order remain active.

### 17. Prohibition on Prosecution Related Activities

17.1  No individual who obtains access subject to this Protective Order to Defendant's or Punch Graphix Americas' HIGHLY CONFIDENTIAL information shall give advice, participate, supervise or assist in the prosecution of any patents claiming variable printing subject matter for Tesseron, Ltd. or Forrest Gauthier, or any assignee or successor of interest or related entity thereof, either directly or indirectly, for a period of five (5) years from the conclusion of this litigation.

17.2  No individual who obtains access subject to this Protective Order to Plaintiff's or Punch Graphix Americas' HIGHLY CONFIDENTIAL information shall give advice, participate, supervise or assist in the prosecution of any patents claiming variable printing subject matter for

70500711.1

R.R. Donnelley, or any assignee or successor of interest or related entity thereof, either directly or indirectly, for a period of five (5) years from the conclusion of this litigation.

    17.3 No individual who obtains access subject to this Protective Order to Defendant's or Plaintiff's HIGHLY CONFIDENTIAL information shall give advice, participate, supervise or assist in the prosecution of any patents claiming variable printing subject matter for Punch Graphix Americas, or any assignee or successor of interest or related entity thereof, either directly or indirectly, for a period of five (5) years from the conclusion of this litigation.

Stipulated by R.R. Donnelley and Tesseron this 8th day of January, 2009.

| | |
|---|---|
| /s/Benedict F. Frey | /s/ Kevin W. Kirsch |
| Benedict F. Frey (*Admitted Pro Hac Vice*) | Kevin W. Kirsch |
| bfrey@sidley.com | kirsch@taftlaw.com |
| **SIDLEY AUSTIN LLP** | **TAFT STETTINIUS** |
| One South Dearborn Street | **& HOLLISTER LLP** |
| Chicago, Illinois 60603 | 425 Walnut Street, Suite 1800 |
| (312) 853-7294 | Cincinnati, OH 45202-3957 |
| (312) 853-7036 (Facsimile) | (513) 381-2838 |
| | (513) 381-0205 (Facsimile) |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| *R.R. Donnelley & Sons Company* | *Tesseron, Ltd.* |

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

JANUARY 9, 2009
```