# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TESSERON, LTD., | CASE NO. 1:06-CV-02909 |
| Plaintiff, | Judge Boyko<br>Magistrate Judge Baughman |
| vs. | |
| R.R. DONNELLEY & SONS COMPANY, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), between Plaintiff, Tesseron, Ltd., and Defendant, R.R. Donnelley & Sons Company, that the above-captioned action in its entirety, including all claims, defenses, and counterclaims, is hereby dismissed *with prejudice*, with each party to bear its own attorneys' fees, costs, and expenses.

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

JUNE 17, 2009
```

- 1 -

Respectfully submitted by:

/s/Kevin W. Kirsch
Stephen M. O'Bryan (0009512)
David H. Wallace (0037210)
Stephen H. Jett (0046821)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-3500
Telephone: 216-241-2838
Facsimile: 216-241-3707
Email: sobryan@taftlaw.com
Email: dwallace@taftlaw.com
Email: sjett@taftlaw.com

Kevin W. Kirsch (0081996)
David A. Mancino
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: 513-381-2838
Facsimile: 513-381-0205
Email: kirsch@taftlaw.com

J. Steven Justice (0063719)
TAFT STETTINIUS & HOLLISTER LLP
110 N. Main St., Ste. 900
Dayton, Ohio 45402
Telephone: 937-228-2838
Facsimile: 937-228-2816
Email: justice@taftlaw.com

*Attorneys for Plaintiff,*
*Tesseron, Ltd.*

/s/Benedict F. Frey per authorization
Steven M. Auvil (0063827)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Email: sauvil@bfca.com

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212)839-5398
Facsimile: (212)839-5599
Email: jhutchinson@sidley.com

Douglas I. Lewis
Richard T. McCaulley
Benedict F. Frey
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago IL 60603
Telephone: (312)853-7000
Facsimile: (312)853-7036
Email: dilewis@sidley.com
Email: rmccaulley@sidley.com
Email: bfrey@sidley.com

*Attorneys for Defendant,*
*R.R. Donnelley & Sons Company*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2009, the foregoing was filed electronically with the Clerk of the Court. Notification of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Kevin W. Kirsch
Kevin W. Kirsch